NO. 07-02-0353-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

DECEMBER 19, 2002

_____


IN RE SEARS PANHANDLE RETIREMENT CORPORATION,
INDIVIDUALLY AND D/B/A WINDFLOWER HEALTHCARE CENTER
AND SEARS METHODIST RETIREMENT SYSTEM, INC. RELATORS,

_____

Before REAVIS and JOHNSON, JJ. and BOYD, S.J.[*]


After submission of this original proceeding, the Court was notified by letter dated October 15, 2002, that a settlement agreement had been reached and that an agreed order of dismissal would be forthcoming. On December 4, 2002, this Court notified all parties that if an appropriate motion for disposition of this proceeding was not filed within ten days, the appeal would be dismissed for want of prosecution. No motion was filed and thus, we now dismiss this proceeding. *See* Tex. R. App. 42.3(b) and (c).


Don H. Reavis<br>Justice

_____

[*]John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.

Do not publish.